CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** 160 Royal Palm, LLC

**Case Number:** 18–19441–EPK
**Chapter:** 11
**County of Residence or Place of Business:** West Palm Beach
**U.S. District Court Case Number:**

# TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 02/19/2020
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☐ Contested    ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** KK–PB Financial, LLC
**Attorney:** John K Cunningham, Esq
200 South Biscayne Blvd #4900
Miami, FL 33131
**Attorney:** James N Robinson, Esq
200 South Biscayne Blvd #4900
Miami, FL 33131

**Appellee/Respondent:** 160 Royal Palm, LLC
**Attorney:** Philip J Landau, Esq
2385 NW Executive Center Dr #300
Boca Raton, FL 33431
**Attorney:** Eric S Pendergraft, Esq
2385 NW Executive Center Dr #300
Boca Raton, FL 33431

**Title and Date of Order Appealed**, if applicable: Order Approving Contingency Fee Application for Compensation of Shraiberg, Landau & Page, PA. Dated: 02/11/2020

**Entered on Docket Date:** 02/11/2020    **Docket Number:** 1568

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☑ Other: Additional Attorney for Appellant: Fan B. He, Esq, 200 South Biscayne Blvd #4900, Miami, FL 33131. Additional Attorney for Appellee: G Eric Brunstad, Jr, Esq, 90 State House Square, Hartford, CT 06103

**Dated:** 2/20/20

**CLERK OF COURT**
By: Martha Ortman
Deputy Clerk   (561) 514–4100