IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-80239-RS

KK-PB FINANCIAL, LLC,

                Appellant,

v.

160 ROYAL PALM, LLC,

                Appellee.

### APPELLANT KK-PB FINANCIAL, LLC'S
### NOTICE OF RELATED CASES

Appellant, KK-PB Financial, LLC, hereby files its Notice of Pending, Refiled, Related or Similar Actions in accordance with Southern District of Florida Local Rule 3.8. This bankruptcy appeal is related to *KK-PB Financial, LLC v. 160 Royal Palm, LLC,* Case No. 19-CV-80342-RLR, *KK-PB Financial, LLC v. 160 Royal Palm, LLC*, Case No. 20-CV-80216-RLR and *KK-PB Financial, LLC v. 160 Royal Palm, LLC*, Case No. 20-CV-80238-RLR.

Dated: February 20, 2020          WHITE & CASE LLP
Miami, Florida

                                    By: */s/ John K. Cunningham*
                                          John K. Cunningham
                                          Florida Bar No. 542490
                                          James N. Robinson
                                          Florida Bar No. 608858
                                          Fan B. He
                                          Florida Bar No. 95597
                                          Southeast Financial Center, Suite 4900
                                          200 South Biscayne Boulevard
                                          Miami, Florida  33131-2352
                                          Telephone: (305) 371-2700
                                          Facsimile:  (305) 358-5744

                                          *Counsel for KK-PB Financial, LLC*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document is being served on this day on all parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  /s/ *John K. Cunningham*
John K. Cunningham
